## Case No. 15,016.

UNITED STATES v. DUVALL.

[2 Cranch, C. C. 42.] [1]

Circuit Court, District of Columbia. June Term, 1812.

CRIMINAL LAW—BILLIARD ROOM WITHOUT LICENSE.

A person who hires out his billiard room for two days, is liable to the penalty of Act Md. 1798, c. 113.

Indictment for keeping a billiard table for use without license.

THE COURT (FITZHUGH, Circuit Judge, absent) decided that the defendant, who had hired a room in the county of Washington, out of the jurisdiction of the corporations of Washington and Georgetown, and set up his billiard table in it, and rented it to Scott, for two days, for $30, was liable to the penalty of $150, under the act of assembly of Maryland of 1798 (chapter 113), and that it was immaterial whether he received the rent all at once, or by sixpence a game. Verdict, guilty. Fined $150.